8:26-mj-02034-GLS / 8:26-mj-02035-GLS / 8:26-mj-02036-GLS

TFH
DW/GC: USAO 2026R00441

_____ FILED     _____ ENTERED
_____ LOGGED    _____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AUG – 5 2026

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | AT GREENBELT |
| | * | CLERK, U.S. DISTRICT COURT |
| **v.** | * | DISTRICT OF MARYLAND |
| | * | BY _____ DEPUTY |
| **CYAN SIMONE ROCKE,** | * | **CASE NO.** 8:26-mj-02034-GLS |
| | * | |
| **MARCO PERNELL MORGAN, and** | * | **CASE NO.** 8:26-mj-02035-GLS |
| | * | |
| **DARYL MICHAEL-LASHON** | * | **CASE NO.** 8:26-mj-02036-GLS |
| **JACKSON** | * | |
| | * | **FILED UNDER SEAL** |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS AND ARREST WARRANTS

Your Affiant, Task Force Officer (TFO) John Cumberland, of the U.S. Department of Homeland Security, Homeland Security Investigations (DHS-HSI), being first duly sworn, hereby depose and state as follows:

1.      Your Affiant is an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18.

2.      Your Affiant has been a duly sworn Maryland State Trooper for twenty-one years. Your Affiant is a State Trooper with the Maryland State Police Criminal Investigation Bureau, presently assigned to the Criminal Enforcement Division and to DHS-HSI as a TFO. As a member of the Criminal Enforcement Division, your Affiant's investigative responsibilities focus on the disruption of the manufacturing and distribution of controlled dangerous substances (CDS) at every level.  Your Affiant has made numerous arrests for violations of the CDS laws and has

participated in numerous criminal investigations which have resulted in convictions in the District and Circuit Courts of the State of Maryland and the District Court of the United States. Your Affiant has been recognized by the District and Circuit Court of Maryland and the District Court of the United States as an expert in drug-related crimes.

3.      During his training and experience, and as part of this investigation, your Affiant has become familiar with organized retail theft crime schemes (ORCs), which generally involve sophisticated criminal organizations that profit from illegally obtained goods that are later sold for economic gain. ORCs generally involve associations of two or more persons engaged in illegally obtaining items of value from retail establishments, through theft and/or fraud, as part of a criminal enterprise. ORCs illegally profit from systematically targeting retail establishments utilizing professional thieves known as "boosters." Often, boosters will travel in crews throughout their surrounding area, including across State lines, utilizing personal or rental vehicles, to steal high-end merchandise. Often the "boosters" will sell their stolen goods to a middleman, known as a "fence" who will then sell the items for profit. The "fences" will often sell the stolen goods through e-commerce sites, including such outlets as Facebook, Instagram, Ebay, and other outlets. However, at times, the "boosters" will engage in the resale of stolen goods themselves over such outlets.

4.      Because this Affidavit is submitted for the limited purpose of establishing probable cause for the requested complaints and arrest warrants, your Affiant has not included every fact learned during this investigation. Rather, your Affiant has set forth only those facts believed necessary to establish probable cause for the issuance of the requested complaints and arrest warrants. Your Affiant has not knowingly omitted any information that would negate the finding of probable cause.

5.      The information contained in this Affidavit is based upon your Affiant's personal knowledge, review of investigative reports, records, documents, electronic data, surveillance, and other evidence, as well as conversations with other law enforcement officers, witnesses, victims, and other individuals. Unless otherwise indicated, all statements and conversations described herein are related in substance and in part. Any summaries, descriptions, or quotations of communications, surveillance recordings, electronic messages, or other evidence are based upon my review of such materials and are not intended to represent verbatim recitations of their entire contents.

## PROBABLE CAUSE

6.      As detailed below, I set forth facts to show that there are sufficient grounds to find probable cause to believe that beginning in or around October 2025 and continuing through March 2026, **CYAN ROCKE, MARCO PERNELL MORGAN**, and **DARYL MICHAEL-LASHON JACKSON**, conspired with each other and others to commit interstate transportation of stolen goods, in violation of 18 U.S.C. § 371. Investigators believe members of this enterprise have engaged in the theft, transportation, storage, concealment, and resale of stolen merchandise obtained from retail establishments in Maryland, Delaware, and Pennsylvania and transported and sold those goods in the District of Columbia and elsewhere.

### A. Victim Business 1 Thefts

7.      Investigators have consulted with the loss prevention professionals associated with Victim Business 1, a nationwide chain of stores specializing in outdoor and recreational items. Victim Business 1 reported multiple thefts across several states and indicated that **ROCKE, JACKSON**, and **MORGAN** were all suspects in those thefts.  Victim Business 1 prepared

3

Powerpoint slides for each theft containing photos taken from video surveillance at the victimized stores. These slides are reproduced in part below.

8. Specifically, on or about October 28, 2025, an employee of Victim Business 1 (Store #91) located in Rockville, Maryland, reported that at approximately 1:26 p.m., four suspects entered the store and stole merchandise valued at approximately $500. The following are photos from video surveillance of the suspects involved in this theft.



9. On or about November 6, 2025, personnel with Victim Business 1 (Store #137), located in Columbia, Maryland, reported that, at approximately 2:15 p.m., four suspects entered

4

the store and stole merchandise valued at approximately $5,161. The following are photos from

video surveillance of the suspects involved in this theft.



Occurrence #3 : Shoplifting e10152395
Date: 11/06/25
Location: ▮ I # 137 - ▮▮▮▮▮▮▮▮ Columbia, MD 21045
Impact: $5,161.86
Report #: 25-109-780

Key details

- Exclusively targeting high end men's outerwear apparel (The North Face, Arc'teryx)
- Method of theft - grab and run, entering the premises at 2:06pm & exited at 2:07pm

10.     Later that same day, November 6, 2025, personnel with Victim Business 1 (Store

#169), located in Washington, D.C., reported that, at approximately 3:39 p.m., multiple suspects

attempted to commit theft. The theft was thwarted by customer service personnel. The following

are photos from video surveillance of the suspects involved in this attempted theft:



**Occurrence #4:** Shoplifting e10153273
**Date:** 11/06/2025
**Location:** ███ #169 ██████████ NE
Washington, DC 20002
**Impact:** $0
**Report#:** 25-169-089

**Key details**

- Offenders observed targeting high end men's apparel (Arc'teryx & The North Face)
- Offenders entered the premises at 3:35pm after shoplifting at the Columbia, MD location
- Observed utilizing a weapon in attempt to remove apparel from security cables

11.    On or about January 22, 2026, at approximately 3:20 p.m., personnel at Victim Business 1 (Store #165), located in Newark, Delaware, reported that two suspects entered the store and stole merchandise valued at approximately $3,700.[1] The following are photographs from video surveillance of the suspects:

---

[1] It should be noted that the slide below prepared by Victim Business 1 indicates that theft occurred in a store in Columbia, Maryland on this date. And investigators reported this fact in prior affidavits in this case. However, investigators have now learned that the information on that slide was entered erroneously and that the January 22, 2026, theft occurred at store #165 in Newark, Delaware. Investigators have further confirmed this theft occurred in Newark, Delaware by reviewing the database into which this incident was entered, using the incident number referenced below (e10757403), which confirms the location and the loss amount.

6



**Occurrence #6: Shoplifting e10757403**
**Date:** 01/22/2026
**Location:** ▮ # 137 ▮▮▮▮▮ RD
Columbia, MD 21045
**Impact:** $3,700.00
**Report #:**

**Key details**

- Offenders observed by management to be utilizing an EAS tag remover to remove EAS tags
- Once approached offenders exited the store

12. On or about February 5, 2026, personnel at Victim Business 1 (Store #165), located in Newark, Delaware, reported that, at approximately 7:44 p.m., multiple suspects entered the store and stole merchandise, valued at approximately $10,170. The following are photos from video surveillance of the suspects involved in this theft:



Occurrence #7: Shoplifting e10909979
Date: 02/05/2026
Location: ███ # 165 - ████████████ BLVD
Newark, DE 19702
Impact: $10,170.86
Report #: 302-573-2800

Key details

• Utilizing weapon/tools to remove merchandise from security cables

13. On or about February 21, 2026, personnel at Victim Business 1 (Store #169), located in Washington, D.C., reported that, at approximately 12:43 p.m., multiple suspects entered the store and stole merchandise, valued at approximately $679. The following are photos from video surveillance of the suspects involved in this theft:



Occurrence #8: Shoplifting e11072322
Date: 02/21/2026
Location: ███ # 169 ██████████████ eet
NE 20002
Impact: $679.76

**Key details**

- Offenders went directly to high-end men's merchandise
- A weapon was utilized to remove merchandise from security cables
- Concealments were made by the offenders on their person & in a travel pack

14.    Later that same day, on or about February 21, 2026, personnel at Victim Business 1 (Store #162), located in King of Prussia, Pennsylvania, reported that, at approximately 4:43 p.m., three suspects entered the store and stole merchandise, including Arc'teryx clothing consisting of pants, shirts, and other apparel, valued at approximately $1,360. The following are photos from video surveillance of the suspects involved in this theft:



15.    The next day, on or about February 22, 2026, at approximately 4:20 p.m., personnel at Victim Business 1 (Store # 62) located in Timonium, Maryland, reported that several suspects entered the store and stole merchandise, including Arc'teryx items described as jackets and other apparel, valued at $15,040.  The following are photos from video surveillance of the suspects involved in this theft.



**Occurrence #11:** Shoplifting e11082546
**Date:** 02/22/2026
**Location:** ▮ I #62 ▮▮▮▮▮▮▮▮▮▮ Timonium, MD 21093
**Impact:** $15,040.00
**Report #:** 260-530-159

**Key details**

- Confirmation of multiple vehicles being utilized to travel from location to location
- Method of theft = Grab and run

16.    On or about February 26, 2026, personnel at Victim Business 1 (Store #169), located in Washington, D.C., reported that, at approximately 1:58 p.m., there was an attempted theft by multiple suspects. The theft was thwarted by customer service personnel. The following are photos from video surveillance of the suspects involved in this attempted theft:

11



**Occurrence #13:** Threat of violence e11126582
**Date:** 02/26/26
**Location:** ▮ #169 - ▮▮▮ Washington, DC 20002
**Impact:** $0

**Key details**

- Offenders entered the premises heading directly to targeted high-end merchandise
- Upon being customer serviced offenders began to exhibit aggressive & threatening behavior towards staff

17. Later that same day, on or about February 26, 2026, personnel at Victim Business 1 (Store # 62) located in King of Prussia, Pennsylvania, reported that several suspects entered the store and stole merchandise valued at $12,950. The following are photos from video surveillance of the suspects involved in this theft.



**Occurrence #10:** Shoplifting e11113581
**Date:** 02/26/2026
**Location:** ███ #167 ████████████ King of Prussia, PA 19406
**Impact:** $12,950.00

**Key details**

- Offenders entered the premises targeting Arc'teryx and were observed cutting security cables while pulling the fixture to the front door.
- Two offenders shoplifted this location previously on 2/21/2026.

18.    On or about March 2, 2026, personnel at Victim Business 1 (Store #169), located in Washington, D.C., reported that, at approximately 11:58 a.m., a male suspect entered the store and stole merchandise, valued at approximately $500. The following are photos from video surveillance of the suspect involved in this theft:

13



**Occurrence #15:** Shoplifting e11141469
**Date:** 03/02/2026
**Location:** ██ #169 - ████████████ Washington., DC 20002
**Impact:** $500
**Report #:** 264-208-70

**Key details**

- Upon entry offender headed directly into the targeted high-end merchandise
- Offender was communicating with someone via cell phone.
- Cutting instrument was utilized to remove merchandise from locked security cables
- Observed concealing merchandise in fanny pack

19.    In all, Victim Business 1 loss prevention officials catalogued up to 16 thefts and attempted thefts between October 2025 and March 2026 across Maryland, Pennsylvania, Delaware, and the District of Columbia believed to have been perpetrated by this theft ring. The total loss value is in excess of $45,000.

**B. Identification of ROCKE, MORGAN, and JACKSON**

20.    Based on these thefts, Victim Business 1 loss prevention personnel created dossiers that catalogued the thefts and tried to identify the suspects. As detailed below, Victim Business 1 indicated that Suspect #1 was **ROCKE**. This is based on multiple photos showing her in the stores at the time of the above-referenced thefts and comparing video surveillance photos to her driver's

license photo and other photos of her in law enforcement databases.  The below is a representation of this dossier created by Victim Business 1:



**Subject #1: Cyan Simone Rocke**
AKA Yaya (DOB⬛⬛⬛⬛⬛⬛)
Auror #p11765870
- Offender involved in 6 incidents
- Impact by offender is $25,761.86
- Exhibited aggressive & threatening behaviors
- A facial piercing located on left upper cheek
- Left hand tattoo with a flower

21.    Armed with this information, law enforcement conducted further investigation linking **ROCKE** to this theft scheme.  Specifically, detectives have become familiar with the physical appearance of **ROCKE** through repeated reviews of surveillance footage, law enforcement photographs, and other investigative materials.  Detectives have determined that **ROCKE** appears in the video surveillance from the reported thefts described above.

22.    Detectives further observed that **ROCKE** has a distinctive facial piercing near her eye. Investigators compared booking photographs of **ROCKE** with surveillance photographs and

15

video obtained from Victim Business 1 and observed that the individual depicted in the surveillance exhibited the same distinctive facial piercing, facial features, physical appearance, and other identifying characteristics. Based upon those observations, together with the totality of the investigation, detectives believe the individual depicted in the video surveillance is **ROCKE**.

 

**ROCKE** Booking Photo                Surveillance from 11/6/25

23.    Additionally, detectives were able to determine that **ROCKE** utilized a specific vehicle in association with some of these thefts. Detectives became aware of this vehicle following a theft that occurred on January 13, 2026, of Victim Business 2 in Capitol Heights, Maryland. Investigators reviewed internal video surveillance from Victim Business 2 which showed two African-American females obtaining approximately $6,968.77 in merchandise and leaving the store without paying for them. Investigators were able to determine a vehicle of interest leaving the scene after the theft, a black BMW sedan occupied by the two suspects. Detectives were able to determine the vehicle bore Virginia registration SYE1834. According to motor vehicle records, this car was registered to Cyan **ROCKE**, with a listed address of 201 Q Street NE, Apt 3448,

Washington, D.C., 20002.   Detectives then ran the vehicle's license plates through a law enforcement database and saw that the vehicle had a pattern of travel consistent with the dates and times of some of the thefts.  For example, on January 22, 2026, the database showed a vehicle with VA Tag SYE1834 going northbound through the Maryland Ft. McHenry Tunnel at 1:29 p.m. and then again northbound on I-95 near Perryville, Maryland at 2:01 p.m.  The car re-traced this route the same day, appearing southbound on I-95 near Perryville, Maryland at 3:51 p.m. and then at Maryland Ft. McHenry Tunnel at 4:55 p.m.  It should be noted that a theft occurred on that date at Victim Business 1 (Store #165) located in Newark, Delaware, at approximately 3:20 p.m.  Similarly, on February 5, 2026, the database showed a vehicle with VA Tag SYE1834 going northbound through the Maryland Ft. McHenry Tunnel at 5:38 p.m.  It should be noted that a theft occurred on that date at Victim Business 1 (Store #165) in Newark, Delaware, at approximately 7:44 p.m.

24.     Additionally, detectives determined that **ROCKE** carried a cellular phone which can be tied to these thefts.  Specifically, detectives determined that **ROCKE** had previously provided to law enforcement the phone number 202-971-6697 ("TARGET TELEPHONE 1") as her phone number.  Detectives determined that this phone is subscribed to "Cyan Rock," 1715 Arcadia Avenue, Capitol Heights, MD 20743. Detectives obtained judicial authorization to review the historical location information associated with TARGET TELEPHONE 1.  This information places the phone in proximity to some of the above-referenced thefts.  For example, on February 22, 2026, TARGET TELEPHONE 1 appears to have hit on a cell tower in the area of Lutherville, Maryland at approximately 4:12 p.m.  It should be noted that a theft occurred on February 22, 2026, at approximately 4:20 p.m., at Victim Business 1 (Store # 62) located in nearby Timonium, Maryland. Additionally, call records show TARGET TELEPHONE 1 with multiple contacts with:

(1) phone number 771-254-4861 ("TARGET TELEPHONE 5") which, as detailed more fully below, is a phone that was obtained from **JACKSON** when he was arrested in Virginia; and (2) phone number 771-245-4765 ("TARGET TELEPHONE 4") which, as detailed more fully below, is a phone that detectives believe was being used by **MORGAN**.

25.     Finally, **ROCKE**'s involvement in the scheme has been shown through her use of a social media site to sell items that detectives believe have been stolen. Specifically, a source of information (SOI) indicated that **ROCKE** hosts an Instagram site by the name of "younameit_____". This site is a private site that can only be accessed if a person is given permission. However, detectives obtained judicial authorization to access the site and observed that the site contained numerous items ostensibly for sale, including Arc'teryx clothing, which is an item that law enforcement knows is sold at Victim Business 1.

26.     In addition to identifying **ROCKE**, Victim Business 1 identified **JACKSON** as a suspect in this theft scheme. The below is a representation of the dossier prepared by Victim Business 1 for **JACKSON**:

18



Subject #3: Daryl Michael Jackson
DOB
• Offender has been involved in 9 incidents
• Impact by offender is $46,940.62
• Offender has been seen with a weapon during incidents
• Often seen with head covering; hat or hoodie
• Offender has long length locs

27.    Armed with this information, detectives conducted further investigation linking JACKSON to this theft scheme. Specifically, detectives have become familiar with the physical appearance of JACKSON through repeated reviews of surveillance footage, law enforcement photographs, and other investigative materials. Detectives have determined that JACKSON appears in the video surveillance from the reported thefts described above.

28.    Detectives learned that JACKSON associated with a vehicle that was observed in proximity to some of the above-referenced thefts. Specifically, investigators determined that JACKSON and/or his associate routinely rented vehicles from a specific rental company. Rental records from this company show that JACKSON's associate rented a 2018 Jeep Compass, bearing

Virginia Registration SXW3619 in February 2026. This vehicle was observed on surveillance video in the parking lot of Victim Business 1 (Store #137) in Columbia, Maryland, on March 2, 2026, which is the date of a theft at that location. Additionally, detectives ran Virginia Registration SXW3619 through a law enforcement database and observed that, on February 21, 2026, the vehicle was seen going northbound through the Baltimore Harbor Tunnel at 2:42 p.m., and then was going northbound on I-95 near Perryville, Maryland at 3:10 p.m. The vehicle then re-traced this route and was observed going southbound on I-95 near Perryville, Maryland on February 22, 2026, at 12:50 a.m., and then it seen going through the Baltimore Harbor Tunnel southbound at 1:15 a.m., and then it was seen going through the area of Branch Avenue and Naylor Road in Prince George's County at 2:18 a.m. It should be noted that Victim Business 1 (Store #162) located in King of Prussia, Pennsylvania reported a theft at approximately 4:43 p.m. on February 21, 2026.

29.    Additionally, law enforcement tied **JACKSON** to this theft scheme through his cellphone, TARGET TELEPHONE 5. On or about March 27, 2026, **JACKSON** was arrested by the Arlington County Police Department in Virginia for theft-related offenses. Subsequent to that arrest, detectives with the Arlington Police Department obtained judicial authorization to search a cellular telephone belonging to **JACKSON**. A review of **JACKSON**'s cellular telephone extraction revealed communications with TARGET TELEPHONE 1 (**ROCKE**). For example, TARGET TELEPHONE 5 had a series of text message with TARGET TELEPHONE 1 on February 10, 2026, in which photos of Moncler apparel are sent and TARGET TELEPHONE 5 asks, "Can you sell em please," to which TARGET TELEPHONE 1 responds, "Send prices." It should be noted that TARGET TELEPHONE 1 was saved as a contact in TARGET TELEPHONE 5 under the name "Yaya," which your Affiant believes is a nickname for Cyan ROCKE.

20

Additionally, detectives observed communications between TARGET TELEPHONE 5 and TARGET TELEPHONE 4, a phone believed to be used by **MORGAN**. It should be noted that TARGET TELEPHONE 4 is saved in the contacts of TARGET TELEPHONE 5 under the name "Marco Kdp." These communications appear to be related to confirming locations, which detectives believe was being done to coordinate thefts. Relatedly, there was a text from TARGET TELEPHONE 4 to TARGET TELEPHONE 5 on February 22, 2026, stating, "Wya," which your Affiant believes is code for "where you at," which demonstrates **MORGAN** trying to meet up with **JACKSON**. Additionally, in one text communication occurring later that day on February 22, 2026, TARGET TELEPHONE 5 says to TARGET TELEPHONE 4, "One not going to be enough. Can you get two of them." Detectives believe this communication refers to **JACKSON** asking **MORGAN** to obtain specific items in a specific theft.

30. In addition to identifying **ROCKE** and **JACKSON**, Victim Business 1 later identified another suspect in this theft scheme, **MORGAN**. The below is a representation of the dossier prepared by Victim Business 1 for **MORGAN**:

21



**Subject #2: Unknown**

- Offender has been involved in 8 incidents
- Impact by offender is $34,572.72
- Exhibited aggressive & threatening behaviors toward staff
- Offender utilizes multiple face coverings; glasses, covid mask, headwear (hoodie & hats)
- Offender has a large neck tattoo.

31.     Law enforcement further identified **MORGAN** through a review of surveillance footage, photographs, law enforcement database queries, prior police reports, and other investigative techniques. Specifically, on December 22, 2025, the Prince George's County Police Department received a call for reported shoplifting by two individuals, a male and a female, at Victim Business 3 in Hyattsville, Maryland. Upon receiving the descriptions of the suspects, officers were able to stop and detain two individuals who fit the description. They were identified as **ROCKE** and **MORGAN**. Additionally, **ROCKE** was found to have in her purse items taken from Victim Business 3. After the items were returned, the store owner declined to press charges.

32.     Additionally, investigators compared surveillance photographs depicting **MORGAN** involved in thefts from Victim Business 1 with photos of **MORGAN** in law enforcement databases. Specifically, among the photographs from Victim Business 1 was a side-profile image of the suspect depicting a distinctive tattoo on the left side of his neck. Investigators subsequently reviewed law enforcement booking photographs of **MORGAN** and observed that he possesses a tattoo in the same location with an appearance consistent with the tattoo depicted on the surveillance video. Based upon the similarities in the tattoo's location and appearance, together with surveillance footage, physical characteristics, clothing, and other corroborating investigative information developed throughout this investigation, investigators determined that Suspect 2 is **MORGAN.**

*Theft from store 169 in DC on 2/26/26*          *Marco MORGAN booking Photo displaying neck tattoo*



33.     Additionally, as detailed above, law enforcement obtained access to phone communications between TARGET TELEPHONE 1, a phone belonging to **ROCKE**, and TARGET TELEPHONE 4, a phone believed to be used by **MORGAN**, along with communications between TARGET TELEPHONE 5, a phone belonging to **JACKSON**, and

TARGET TELEPHONE, 4. These communications show TARGET TELEPONE 4 in communication with both TARGET TELEPHONES 1 and 5 during the period of the conspiracy.

## CONCLUSION

34. Based upon the foregoing, your Affiant submits there is probable cause to believe that **ROCKE**, **MORGAN**, and **JACKSON** conspired to violate federal law, namely, the transportation of stolen goods in interstate commerce, in violation of 18 U.S.C. § 371.

*J Cumberland*

TFO John Cumberland
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d) on the _____4th_____ day of August, 2026.

The Honorable Gina L. Simms
United States Magistrate Judge